

# Fourth Court of Appeals
## San Antonio, Texas

April 08, 2013

No. 04-12-00653-CR

Nicholas A. **BALDERAMA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 252539
Honorable Carlo Key, Judge Presiding

# ORDER

Appellant's brief was originally due March 7, 2013; however, the court granted appellant an extension of time until April 8, 2013 to file the brief. On April 5, appellant filed a motion requesting an additional thirty days to file the brief. Appellant asserts the record is missing a bill of exception and further states he has requested the court reporter prepare and file the bill.

We **order** the court reporter **Rosie Ibarra** to file the requested bill of exception by **April 18, 2013**.

We **grant** the motion for extension of time and order appellant's attorney, Brent De La Paz, to file the brief by **May 8, 2013** (60 days after the originally due date). Counsel is advised that no further extensions of time will be granted absent a showing of extraordinary circumstances. Any request for a further extension of time must (1) show extraordinary circumstances, (2) advise the court of the efforts counsel has expended in preparing the brief, and (3) provide the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2013.

Keith E. Hottle
Clerk of Court